CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

L. Scott Karlin (SBN 90605)
Michael J. Karlin (SBN 272442)
Rex T. Reeves (SBN 136842)
David E. Karlin (SBN 275905)
Dan T. Danet (SBN 303521)
THE KARLIN LAW FIRM LLP
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com;
mike@karlinlaw.com;
rex@karlinlaw.com
Attorneys for Defendants
Wing and a Prayer, LLC & Refugio Galindo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br>v.<br><br>WING AND A PRAYER, LLC, a California Limited Liability;<br>REFUGIO GALINDO,<br><br>    Defendants. | Case No.: 3:21-cv-06633-JCS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action is dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 12, 2021          CENTER FOR DISABILITY ACCESS

                                                By:   /s/ Amanda Seabock
                                                        Amanda Seabock
                                                        Attorneys for Plaintiff

Dated: November 12,2021            THE KARLIN LAW FIRM LLP

                                                By:   /s/ Dan T. Danet
                                                        L. Scott Karlin
                                                        Michael J. Karlin
                                                        Rex T. Reeves
                                                        David E. Karlin
                                                        Dan T. Danet
                                                        Attorneys for Defendants
                                                        Wing and a Prayer, LLC &
                                                        Refugio Galindo

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Dan T. Danet, counsel for Wing and a Prayer, LLC & Refugio Galindo, and that I have obtained authorization to affix his electronic signature to this document.

Dated: November 12, 2021     CENTER FOR DISABILITY ACCESS

                                 By:   /s/ Amanda Seabock
                                             Amanda Seabock
                                             Attorneys for Plaintiff